IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SITE JAB | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | C.A. NO. 4:23-CV-3853 |
| | § | |
| HISCOX INSURANCE COMPANY, INC., | § | |
| *Defendant*. | § | |

**HISCOX INSURANCE COMPANY, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Hiscox Insurance Company, Inc. ("Hiscox") files this Certificate of Interested Parties and Corporate Disclosure Statement.

The undesigned counsel of record for Hiscox certifies that the following is a list of all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this litigation.

1) Site Jab
2) Hiscox Insurance Company, Inc.

If additional parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified during the pendency of this litigation, then counsel shall promptly file an amended certificate of disclosure.

Dated: December 29, 2023

Respectfully submitted,

_____
CANDACE A. OURSO
Texas Bar No. 24008952
S.D. Tex. ID No. 23217
candace.ourso@kennedyslaw.com
848 Heights Boulevard
Houston, Texas 77007
T:  832.753.8062
F:  832.753.8079
**ATTORNEY-IN-CHARGE FOR DEFENDANT HISCOX INSURANCE COMPANY, INC.**

OF COUNSEL:

**KENNEDYS CMK, LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, a true and correct copy of the foregoing has been served on all known counsel of record, in accordance with the Federal Rules of Civil Procedure.

_____
Candace A. Ourso