THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SITE JAB § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | CIVIL ACTIO NO. 4:23-cv-3853 |
| § | | |
| HISCOX INSURANCE COMPANY, INC., § | | |
| *Defendant*. § | | |

**PLAINTIFF SITE JAB'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Site Jab certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiffs: Site Jab;

   Plaintiffs Site Jab is a limited liability company organized under the laws of the State of Texas. According to information filed by Plaintiff with the Texas Secretary of State, SiteJab, LLC has one member: Hector Garcia. Based upon information and belief, Hector Garcia was and is at the time this lawsuit was filed, individuals who are domiciled and reside in the State of Texas and, therefore, are citizens of Texas for diversity jurisdiction purposes. Plaintiff Site Jab is thus a citizen of Texas for purposes of diversity jurisdiction.

2. Counsel for Plaintiffs: Mark K. Whyte, Perry J. Dominguez II, and Naomi Lara, WHYTE PLLC, 2101 Northwest Military Highway, San Antonio, Texas 78213;

3. Defendant: Hiscox Insurance Company, INC;

4. Counsel for Defendant: Candace A. Ourso, KENNEDYS CMK, LLP., 848 Heights Boulevard, Houston, Texas 77007

To the best of Plaintiff's knowledge, there are no additional parties, persons, or entities that are financially interested in the outcome of this litigation at this time.

Respectfully submitted,

**WHYTE PLLC**
2101 NW Military HWY
San Antonio, Texas 78213
Telephone: (210) 562-2888
Facsimile: (210) 562-2873
Email: mwhyte@whytepllc.com

By: /s/ M. K. Whyte
MARC K. WHYTE
State Bar No. 24056526

AND

Perry J. Dominguez II
perry@pdattorney.com
State Bar No. 24055414
Naomi Lara
naomi@pdattorney.com
State Bar No. 24096944
2101 NW Military Hwy
Castle Hills, Texas 78213
Telephone: (210) 562-2875
Telecopier: (210) 570-2322

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      This is to certify that on December 29, 2023, a true and correct copy of the foregoing document was served electronically via CM/ECF to all known counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

***VIA: CM/ECF***

KENNEDYS CMK, LLP

Candace A. Ourso                                       candace.ourso@kennedyslaw.com  
848 Heights Boulevard  
Houston, Texas 77007  
T: (832) 753-8062  
F: (832) 753-8079  

**ATTORNEYS FOR DEFENDANT**

                                              By:   */s/ Marc K. Whyte*  
                                                          Marc K. Whyte