**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SITE JAB** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **C.A. NO. 4:23-CV-3853** |
| | § | |
| **HISCOX INSURANCE COMPANY INC.** | § | |
| | § | |
| *Defendant.* | § | |



### AFFIDAVIT OF EVA GARCIA

Before me, the undersigned authority, on this day personally appeared Eva Garcia, who upon her oath stated as follows:

1.  My name is EVA GARCIA. I am over the age of 18, of sound mind, and capable of making this affidavit.

2.  I have personal knowledge of the facts stated herein because I am a custodian of records of SiteJab and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

3.  The facts stated in this affidavit are true and correct.

4.  Attached hereto are 73 page(s) of business records from SiteJab.

5.  These records are kept by said Custodian of Records in the regular course of business, and it was in the regular course of business of SiteJab for an employee or representative of said business with the knowledge of the acts, events, happenings, and findings recorded to make the record or to transmit information thereof to be included in such record.

6.  SiteJab kept the records in the course of regularly conducted business activity.

7.  The record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original(s).

FURTHER AFFIANT SAYETH NOT.

SIGNED the _____ day of November 2024.

_____
Eva Garcia

Signed and sworn to before me, the undersigned authority, on this 31st day of October 2024, to certify which witness my hand and seal of office.



Erika Guzman
My Commission Expires
10/31/2028
Notary ID 129186156

_____
Notary Public in and for the State of Texas

*Date: Friday, February 3rd 2023, 09:33:48 AM -06:00 CST*
*Subject: Re: Site Jab / Date Reported 02-FEB-23; Hiscox Reference Number 100.210.946*
*From: Eva Garcia <accounting@sitejab.com>*
*To: <barry.rix@hiscox.com>*
*Cc: Hector Garcia <hector@sitejab.com>*

Good morning Barry,

Thank you for reaching out to us so quickly. We have filed a lawsuit against 6 former employees for conspiring to take down our business and even colluding with our clients. All of this happening while they were employed by SiteJab. Because of their actions, we have lost nearly $1,000,000 in revenue in less than 3 months. This financial loss has been has been damaging to our overhead expenses. They also went into our servers and took down our clients website and put it on their servers, deleted our video footage and photos and removed files. All of that falls under intellectual theft of property.

Based on our claims and with substantial evidence, the judge in Bexar County granted Temporary Restraining Orders to these former employees which prohibits engagement of any kind to our media partners, vendors and clients (past & present).

We have nearly 40 pages of evidence so if you need that as well to be part of our claim, please let me know and I can send it your way.

Attached please find the lawsuit filed in Bexar County San Antonio. Our hearing is set for Monday, February 6, 2023.

Thank you again, Barry and hope to hear from you soon!


*Salud -*



**Eva M. Garcia**
Accounting & HR, **SiteJab**

☎  713-999-4661

✉  accounting@sitejab.com

🖥  www.sitejab.com

📍  1210 W. Clay Street, Suite 25, Houston, Texas 77019

 

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Click Here To Schedule Meeting  ›**


On February 2, 2023 at 7:00 PM CST barry.rix@hiscox.com wrote:

Hiscox Insurance Company Inc.



Dear Hector,

I will be assisting you with your recent claim submission, which has been assigned **incident number 100.210.946 .** Currently, I am reviewing your submission and policy documents. If you have any additional documentation that may help my review, please simply reply to this email and attach the document(s).

After I have completed my initial review, I will contact you to learn more about this matter, explain next steps, and answer any questions you might have. However, if you need immediate assistance, please feel free to contact me directly.

Going forward, please include your Incident number in all future correspondence as it will help me quickly identify your claim.

Kind regards,

**Barry Rix**
Senior Claims Examiner
Hiscox USA

**T** +1 480 214 8936

**Connect with Hiscox online**
**Web** www.hiscox.com
**Twitter** @HiscoxSmallBiz

*DISCLAIMER*:
*As is customary, we respectfully reserve all rights at law and under the terms of any applicable policy, and we appreciate your rights are always equally reserved.*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. No one else is authorised to distribute, forward, print, copy or act upon any information contained in this email. If you have received this email in error, please notify the sender.

Hiscox Syndicates Limited and Hiscox Insurance Company Limited are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Hiscox Underwriting Limited, Hiscox Underwriting Services Ltd, Hiscox MGA Ltd and Hiscox ASM Ltd are authorised and regulated by the Financial Conduct Authority. Hiscox Assure SAS is duly registered as an insurance broker with the ORIAS, which is the French Official Registry of Insurance Intermediaries. Hiscox plc is a company registered in England and Wales under company registration number 2837811 and registered office at 1 Great St Helen's, London EC3A 6HX. Hiscox SA is a company registered in Luxembourg at 35 Avenue John F. Kennedy 35F, Luxembourg L-1855, and is authorised by the Commissariat aux Assurances de Luxembourg.

**US Privacy Policy**

We collect and process information about you in order to provide insurance policies and to process claims. Your information is also used for business purposes such as fraud prevention and detection, marketing, and financial management. This may involve sharing your information with, and obtaining information about you from, our group companies and third parties such as but not limited to brokers, loss adjusters, credit reference agencies, service providers, professional advisors, our regulators or fraud prevention agencies.

For further information on how your information is used and your rights in relation to your information, please see our complete privacy policy at https://www.hiscox.com/privacy-policy .

CAUSE NO. _____

| | | |
|---|---|---|
| SITEJAB, LLC, | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| JASON "JAY" MORENO, SERGIO PEREZ, | § | _____ JUDICIAL DISTRICT OF |
| MELISSA FUENTES, NATHAN AGUILAR, | § | |
| AMETHYST PEREZ, AND SAMANTHA | § | |
| MAYER, | § | |
|     Defendants | § | BEXAR COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION, APPLICATION FOR TEMPORARY RESTRAING ORDER AND TEMPORARY INJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES SITEJAB, LLC, Plaintiff herein, and files its Original Petition

against Defendants JASON "JAY" MORENO, SERGIO PEREZ, MELISSA FUENTES,

NATHAN AGUILAR, AMETHYST PEREZ, AND SAMANTHA MAYER (collectively

"Defendants") and, in support thereof, Plaintiff shows as follows:

I.
### DISCOVERY CONTROL PLAN

1. Discovery in this case will be conducted under Level 2 of Rule 190.2, Texas

Rules of Civil Procedure.

II.
### PARTIES AND SERVICE

2. Plaintiff SITEJAB, LLC ("SiteJab") is an entity organized and doing business

in the State of Texas. Its principal office is located in Harris County, Texas, at 1210 W. Clay

St, Suite 25, Houston, Texas 77019.

3.      Defendant JASON "JAY" MORENO ("Moreno") is an individual residing in Texas. He may be served at his residence at 8915 Timber Run, San Antonio, Texas 78250, or wherever he may be found.

4.      Defendant SERGIO PEREZ ("Sergio") is an individual residing in Texas. He may be served at his residence at 9758 Kremmen Pl, Boerne, Texas 78006, or wherever he may be found.

5.      Defendant MELISSA FUENTES ("Fuentes") is an individual residing in Texas. She may be served at her residence at 16550 Henderson Pass, Apt 305, San Antonio, Texas 78232, or wherever she may be found.

6.      Defendant NATHAN AGUILAR ("Aguilar") is an individual residing in Texas. He may be served at his residence at 9815 Acadian Dr, San Antonio, Texas 78245, or wherever he may be found.

7.      Defendant AMETHYST PEREZ ("Amethyst") is an individual residing in Texas. She may be served at his residence at 1914 Buffalo St, San Antonio, Texas 78211, or wherever she may be found.

8.      Defendant SAMANTHA MAYER ("Mayer") is an individual residing in Texas. He may be served at his residence at 550 Heimer Rd, Apt 1204, San Antonio, Texas 78232, or wherever she may be found.

### III.
### JURISDICTION

9.      This Court has subject matter jurisdiction over this case under Article V, Section 8 of the Texas Constitution and Sections 24.007 and 24.008 of the Texas Government Code.

10.    This Court has personal jurisdiction over the Defendants because they reside in and do business in the State of Texas.

## IV.
## VENUE

11.    Venue is proper in Bexar County under Sections 15.002 (a), (1), (2), and (3), 15.005, and 15.094 of the Texas Civil Practice and Remedies Code.

## V.
## FACTS

12.    SiteJab is a Houston-based website and marketing company experienced in creating, generating, promoting, organizing, and managing websites for other companies and strategically implementing branding and marketing goals and needs for their clients.

13.    SiteJab generates revenue through the use and implementation of its technical and business information and its ability to utilize their intellectual property and methods, which gives it an edge over its competitors.  SiteJab has invested years of experience and large sums of money in developing its special technical and business information.  A great deal of SiteJab's technical and business information along with their client information is strictly kept as a trade secret or otherwise confidential because of the detriment that will be caused if this information were to get in the hands of its competitors.

14.    A certain number of SiteJab's employees are given access to SiteJab's client information, trade secrets, and confidential information so that they may properly perform their job duties. This information is promised to the employees on exchange for the Plaintiff's employees signing a Non-Compete agreement upon employment. SiteJab diligently protects its trade secrets and confidential information, and in furtherance of this

mission requires employees to sign the Non-Compete Agreement ("NCA") who are given access to this information, which among other things strictly prohibits its employees from: (i) the unauthorized use or disclosure of proprietary trade secrets and confidential information to third parties, and (ii) the use or disclosure of proprietary trade secrets and confidential information subsequent to the termination of their employment. The NCA's signed by Defendants also requires that upon termination, they return all material containing proprietary trade secrets and confidential information in their possession.

15.    Moreno and Sergio are former employees and executives of SiteJab. They both signed a NCA, upon their acceptance of their Offer of Employment and upon commencing their employment with SiteJab. Fuentes, Aguilar, Amethyst, and Mayer are also former employees of SiteJab.

16.    While still employed by SiteJab, Moreno and Sergio met and conspired with the other Defendants and others to scheme and plan a way to directly compete with their Employer, SiteJab.  Upon information and belief, the company was used to pull off this scheme and plan was that of Redflame Media with an address of 2379 NE Interstate 410 Loop, San Antonio, Texas 78217.

17.    In the course of their planning, Defendants obtained, used and disclosed SiteJab's trade secrets and confidential information, including without limitation, information concerning SiteJab's client list and potential client list.  In fact, Moreno and Sergio took information from the SiteJab server and copied it onto their own server and have even attempted to lock SiteJab out of their own server. Additionally, Sergio and Aguilar went into the SiteJab servers and network and deleted important and proprietary files and information off of the server at the severe detriment of SiteJab and its clients. Upon

information and belief, Defendants also took SiteJab's proprietary and confidential data as well, including confidential financial and client data.

18.    In December of 2021, Defendant Moreno resigns after conducting an interview for a prospective SiteJab employee, Niko Howell, who later becomes employed by Moreno after Howell ignored Plaintiff's official offer of employment. To replace Moreno, SiteJab then promotes Sergio to fill such role.

19.    In January of 2022, Moreno unintentionally sends invoices to SiteJab's accounting department, which discloses that Moreno had poached Plaintiff's clients. During the same month, SiteJab signed a lease on a new building in San Antonio to eventually occupy and run as its San Antonio nerve center.

20.    Sometime in February of 2022, Defendants Fuentes and Amethyst were hired on as Account Managers for SiteJab by Defendant Sergio, wherein a close relationship between the three started to form. Upon information and belief, the relationship extended beyond employment at SiteJab.

21.    Upon information and belief, as discord amongst staff began to spread due to the actions of Sergio, all Defendants continued to have multiple private meetings and conversations while on company time to strategize on different ways to sabotage SiteJab and how to continue to jeopardize current client relationships that were maintained by Plaintiff. These unauthorized meetings would continue until September of 2022, wherein the remaining SiteJab Defendants were terminated for failure to sign the mandatory Non-Disclosure Agreements.

22.    Shortly after the termination of the Defendants, in early October of 2022, Plaintiff lost 4 clients, totaling $450,000 in lost revenue. During this same time, Plaintiff

began receiving communications that Moreno and Sergio had been trying to get third parties to inquire about leasing or purchasing SiteJab's office building by stating that SiteJab was no longer going to be occupying the property. Additionally, at this same time, Plaintiff's staff audits the company laptops and communications of the terminated Defendants and discovers the length of the self-dealing and interference mentioned above as well as other items that disclose how long the Defendants had been planning on working and competing against SiteJab while they were still employed with Plaintiff. The substance of the communications uncovers purposeful negligence and a clear strategy by Defendants to destroy the owner of SiteJab and as many business relationships as possible between Plaintiff and its current clients.

23.     In November of 2022, Plaintiff loses another client due to the actions of Defendants, removing another $300,000 in revenue. It is also confirmed that Moreno and Howell are working together and have been working together in competing against Plaintiffs since the time Howell interviewed to work for SiteJab.

24.     Most recently, on or about December 16, 2022, Fuentes sent an email to a current client of Plaintiff, knowingly and intentionally making false statements and claims with the sole intention of ruining and damaging the relationship between Plaintiff and the client. On December 20, 2022, the client terminated all marketing services with Plaintiff due to the actions of Fuentes, causing $240,000 in lost revenue.

25.     At the time of this filing, SiteJab has lost over $900,000 in revenue due to the actions of the Defendants, plus the loss of goodwill and branding image that a value cannot be placed on and the damage cannot be calculated.

26.     All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

### VI.
### CAUSES OF ACTION

#### Breach of Duty

27.     Paragraphs 1 through 26 above are incorporated by this reference for all purposes herein.

28.     As employees, a fiduciary relationship existed between the Plaintiff and Defendants.

29.     The Defendants breached their fiduciary duty to the Plaintiff.

30.     The Defendants' breach proximately caused injury to the Plaintiff or benefit to the Defendants.

31.     The Plaintiff has been damaged by the Defendants' breach of duty.

#### Breach of Contract

32.     Paragraphs 1 through 31 above are incorporated by this reference for all purposes herein.

33.     Plaintiff entered into valid and enforceable contracts with the Defendants which, among other things, require Defendants to prevent the disclosure of the confidential and trade secret information to any third party and using or disclosing any of the confidential and proprietary information in subsequent employment. The agreements also require that upon termination Defendants are required to return all materials furnished to and all material prepared by them in connection with their employment at SiteJab.

009

34.     SiteJab is the proper party to sue for the breach of contract. SiteJab performed under the agreements and gave Defendants valuable consideration that Defendants both acknowledged and signed off to in their respective agreements. The Plaintiff performed according to the terms of the contracts.

35.     Defendants breached their respective contracts by disclosing SiteJab's confidential and proprietary trade secret information to third parties during and after employment, engaging in business to profit from the use and disclosure of SiteJab's confidential and proprietary trade secret information, and upon termination, not returning to SiteJab the materials furnished to and prepared by them in connection with their employment.

36.     SiteJab has sustained, and continues to sustain, damages within the jurisdictional limits of this court as a result of the Defendants' breach.

<u>Trade Secret Misappropriation</u>

37.     Paragraphs 1 through 36 above are incorporated by this reference for all purposes herein.

38.     As acknowledged by both Defendants, SiteJab is the owner of proprietary trade secrets and confidential information that include its technical and business information.

39.     Moreno and Sergio are continuing to use and disclose SiteJab's trade secrets in strict violation of a contractual relationship with SiteJab.

40.     SiteJab has and continues to suffer injury as a result of the misappropriation of SiteJab's trade secrets by Defendants.

<u>Conversion</u>

41.     Paragraphs 1 through 40 above are incorporated by this reference for all purposes herein.

42.     SiteJab is the owner of its material it furnished to Defendants as well as any material Defendants prepared in connection with their employment with SiteJab. This includes, without limitation, documents, models, source code, designs, along with all copies made thereof.  This material is SiteJab's personal property.

43.     Defendants wrongfully exercised dominion over the property by not returning it to its rightful owner and/or keeping it to use in their own business plans and for-profit ventures.

44.     As a result of the conversion of SiteJab's property committed by Defendants, SiteJab has suffered and continues to suffer injury.

<u>Civil Theft</u>

45.     Paragraphs 1 through 41 above are incorporated by this reference for all purposes herein.

46.     SiteJab is the owner of its material it furnished to Defendants as well as any material Defendants prepared in connection with their employment with SiteJab. This includes, without limitation, documents, models, source code, designs, and prospective client and investor lists, along with all copies made thereof.  This material is SiteJab's personal property.

47.     Defendants committed acts of theft of SiteJab's property.

48.    As a result of the theft of its property by Defendants, SiteJab has sustained damages for which it may recover pursuant to the Texas Theft Liability Act, Chapter 134 of the Texas Civil Practice and Remedies Code.

Tortious Interference with Existing Contract

49.    Paragraphs 1 through 48 above are incorporated by this reference for all purposes herein.

50.    SiteJab had a valid contract with its employees Defendants and other Clients. Moreno and Sergio willfully and intentionally interfered with the contract by not only enticing other Defendants to disclose to them SiteJab's confidential and trade secret information, but to scheme and conspire to purposefully cause issues with SiteJab's client accounts to sabotage their business dealings. Further interference by Defendants includes stealing confidential information and trade secrets to use in direct competition with SiteJab, and also by reaching out to current Clients such as The Window Source Houston and San Antonio and causing the termination of such business relationship between the third party and Plaintiff.

51.    This interference proximately caused SiteJab injury.  SiteJab has and continues to incur actual damages and loses.

Conspiracy

52.    Paragraphs 1 through 51 above are incorporated by this reference for all purposes herein.

53.    Defendants were members of a combination of two (2) or more persons.  The object of their combination was to accomplish an unlawful purpose.

54.    Defendants had a meeting of the minds on the object or course of action. Each of the members has committed an unlawful, overt act to further the object or course of action.

55.    As a proximate result of the wrongful acts committed by Defendants, SiteJab, LLC has suffered and continues to suffer injury.

<u>Texas Racketeer Influenced and Corrupt Organizations (RICO) Violations</u>

56.    Paragraphs 1 through 55 above are incorporated by this reference for all purposes herein.

57.    Pursuant to Title 11, Chapter 71, Section 71.02 of the Texas Penal Code, Defendants, in concert with each other, have committed a pattern of racketeering activity under the civil and criminal Racketeer Influenced and Corrupt Organizations Act (RICO), more specifically theft against Plaintiffs.   Texas has adopted the Federal Standard in allowing plaintiffs in a civil RICO case to recover three times the amount in damages along with court costs and reasonable attorney fees. Under the RICO act, any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity are subject to RICO prosecution.

VII.
ATTORNEYS' FEES

58.    Paragraphs 1 through 57 are incorporated by reference.

59.    SiteJab has presented its claims and demands in writing to Defendants prior to the filing of this petition. However, Defendants have failed to satisfy Plaintiff's claims and demands.

60.    Plaintiff is entitled to the recovery of its attorneys' fees and costs incurred in the prosecution of these claims, under Sections 15.002 (a), (1), and (2), 15.05, and 134.004 of the Texas Civil Practice and Remedies Code.

VIII.
APPLICATION FOR TEMPORARY RESTRAINING ORDER
AND TEMPORARY INJUNCTION

61.    Paragraphs 1 through 60 are incorporated by reference.

62.    SiteJab requests a Temporary Restraining Order to maintain the status quo pursuant to Texas Civil Practice and Remedies Code Section 65.011.  SiteJab asks this Court to enter a Temporary Restraining Order prohibiting Defendants:

a.    Using, distributing or disclosing in any manner any of SiteJab's proprietary trade secret or confidential information regarding SiteJab's current or prospective projects or clients;

b.    Using, distributing or disclosing in any manner any materials furnished to and all material prepared by Defendants in connection with their employment with SiteJab or incident thereto;

c.    Contacting SiteJab's employees, using SiteJab's prospective client data base, or using SiteJab's client list, to seek or obtain (or attempt to seek or obtain) a business relationship;

d.    Contacting or utilizing the services of SiteJab's clients, employees, consultants, advisors, suppliers and other vendors, including without limitation former employees from the years 2019 - 2022, to compete in any manner with SiteJab.

*SiteJab – Original Petition and Request for TRO and TI*
*Page 12 of 16*

e. Engaging in any form with any recently now cancelled clients, including The Window Source of SA, Houston & West Texas.

63. SiteJab will suffer imminent, irreparable harm for which no adequate remedy at law exists if Defendants are not enjoined from these actions.

64. SiteJab has no adequate remedy at law because damages from the conduct of Defendants are incalculable and could not serve as adequate compensation for the wrong inflicted on SiteJab.

65. Due to the relevant facts and evidence SiteJab has against them regarding their wrongful conduct, SiteJab will likely recover from Defendants.

66. SiteJab is willing to post a minimal bond.

67. There is not sufficient time to serve Defendants with this application for injunctive relief and conduct a hearing on the application because SiteJab will suffer imminent, irreparable injury, loss and/or damage. Moreover, immediate injunctive relief in the form of a temporary restraining order against the Defendants is necessary to restrain the Defendants from continuing the unauthorized activity as a direct competitor to SiteJab.

68. SiteJab asks the Court to set this Application for Temporary Injunction for a hearing and, after the hearing, issue a temporary injunction against Defendants. If Plaintiff's Application for Temporary Restraining Order is not granted, irreparable harm is imminent because SiteJab's confidential and proprietary trade secret information will be disclosed and used to SiteJab's detriment by its former employees who have engaged in wrongful conduct and turned into direct competitors.

69. Immediate injunctive relief should be granted without notice by temporary restraining order. After notice and hearing, it is necessary that the injunctive relief be granted

and extended by a temporary injunction, and after final hearing, it is necessary that Defendants be permanently enjoined by a permanent injunction.

## IX.
## CONDITIONS PRECEDENT

70.    All conditions precedent to recovery occurred or were performed.

## X.
## DEMAND

71.    Plaintiffs demanded payment.

## XI.
## RULE 47 STATEMENT

72.    Plaintiffs seek monetary relief more than $1,000,000.

## XII.
## JURY DEMAND

73.    Plaintiff demands a Jury Trial and tenders the appropriate fee with this petition.

## XIII.
## REQUEST FOR DISCLOSURE

74.    Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## XIV.
## PRAYER FOR RELIEF

75.    For these reasons, Plaintiffs ask that the Court issue citations for Defendants to appear and answer, and that Plaintiffs be awarded a judgment against Defendants for the following:

a. Damages of sufficient amount to compensate Plaintiff for Defendants' wrongful conduct, in an amount within the jurisdictional limits of this Court, to be proven at trial.

b. Temporary Restraining Order, Temporary Injunction and Permanent Injunction, as described hereinabove;

c. Exemplary or punitive damages in the amount sufficient to make an example of Defendants and to prevent such wrongful conduct in the future;

d. Pre-judgment and post-judgment interest at the legal rate;

e. Court costs, costs for copies of depositions and fees for expert witnesses;

f. Attorneys' fees; and

g. All other and further relief to which Plaintiff shows itself entitled, either at law or in equity.

Respectfully submitted,

The Carmona Firm, PLLC
PO Box 7137
Houston, Texas 77248
Tel: (832) 827-4529
chris@carmonalawoffice.com

By: /s/ Chris Carmona
    CHRIS CARMONA
    State Bar No. 24072022
    ATTORNEY FOR PLAINTIFFS

<u>VERIFICATION</u>

STATE OF TEXAS                                  §
                                                §
COUNTY OF HARRIS                                §

BEFORE ME, the undersigned Notary Public on this day personally appeared Hector Garcia, who is the Managing Member of SiteJab, LLC, known to me to be the person whose name is subscribed to the foregoing instrument, who, being by me duly sworn on his oath, deposed and said that he has read the foregoing Plaintiff's Original Petition, Application for Temporary Restraining Order and Temporary Injunction, and that the facts stated therein are within his personal knowledge and are true and correct.

By: _____
HECTOR GARCIA

SUBSCRIBED AND SWORN TO before me on this _____ day of January 2023.


_____
Notary Public, State of Texas

018

*Date: Monday, February 13th 2023, 09:49:18 PM -06:00 CST*
*Subject: Re: Employee Dishonesty*
*From: Eva Garcia <accounting@sitejab.com>*
*To: barry.rix@hiscox.com <barry.rix@hiscox.com>*

Hello Barry - Sorry to email this so late. Attached is the invoice for the website which was taken from our servers and the client never paid for it.

Please let me know if you need anything else. If you can't reach me by phone, you can text (if allowed) or email me.

Thank you!





**Eva M. Garcia**
Accounting & HR, **SiteJab**

☎  713-999-4661

✉  accounting@sitejab.com

▢  www.sitejab.com

◉  1210 W. Clay Street, Suite 25, Houston, Texas 77019

  

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Click Here To Schedule Meeting  >**

On February 9, 2023 at 2:01 PM CST accounting@sitejab.com wrote:

Hello Barry - Attached please find our evidence showing former employees getting into our servers and removing website  files of a client. This was done without our permission and we have filed a criminal case against him with San Antonio Police Department, SAPD. This website was built from scratch by our production team and values at $10,000.

I still haven't heard from Sean but I will be waiting for his call.

Thanks so much for your help and let me know if you need anything else.



SiteJab, LLC
1210 W Clay St
Houston, TX 77019 US
(713)999-4661
accounting@sitejab.com
http://sitejab.com

Invoice 3457



**BILL TO**

Moses Torres
The Window Source Sari
Antonio
4703 Shavano Oak #103
San Antonio, TX 78209

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 01/01/2023 | **$10,000.00** | 01/01/2023 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Web Design:Design Services | 1 | 10,000.00 | 10,000.00 |
| 100 page website - content, photos, video footage Included | | | |

We appreciate your business.  If you have any questions please
contact our accounting department at accounting@sitejab.com

| | |
|---|---|
| **TOTAL DUE** | **$10,000.00** |

THANK YOU.



**Eva M. Garcia**
Accounting & HR, **SiteJab**

☎  713-999-4661

✉  accounting@sitejab.com

▭  www.sitejab.com

◉  1210 W. Clay Street, Suite 25, Houston, Texas 77019

  

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Click Here To Schedule Meeting  >**

Dec 20, 2022



**The Window Source Of Houston**
restricted access to 10 items

C0081.MP4

C0106.MP4

C0108.MP4

C0111.MP4

C0100.MP4

C0123.MP4

C0124.MP4

C0122.MP4

C0116.MP4

C0098.MP4

**Show less**



Please enter your username or email address.
You will receive an email message with
instructions on how to reset your password.

Username or Email Address

██████████████████████████

Get New Password

Log in

← Go to The Window Source of San Antonio

---

⚠ Some customers are experiencing a delay in new site creation. Our team is currently investigating the
issue. Please see our Status Page for the latest updates.

**WP**engine                                                                          Search sites

**S**

**sitejab**

⇄ Switch account          ← **Window Source San Antonio**        ⋯    **Prd** wssa1 🔒           ⌄    WP Admin ↗    phpMyAdmin ↗

🗂 **Sites**              **Production**

🛒 **eCommerce**          Overview        ## SFTP users
                        Domains
🌀 **Flywheel**           Redirect rules   SFTP users allow you to securely connect others to your website's filesystem. Learn more about SFTP users ↗
   **Growth Suite**       Backup points
                        Access logs      SFTP Address: wssa1.sftp.wpengine.com
👥 **Users**      ⌄       Error logs       Port Number: 2222                                          All  |  Production
                        SFTP users
⊕ **Add-ons**            Git push          | Username          | Path | Environment |
                        SSL               |-------------------|------|-------------|
📋 **Billing**    ⌄       Utilities         | wssa1-developer   |      | Production  |
                        Caching           | wssa1-jay         |      | Production  |
                        Site migration    | wssa1-migration   |      | Production  |
                        Go live checklist
                        Web rules        ⓘ Automated migration plugin users can quickly generate their SFTP credentials on our Site migration page.
                                            Go to migration page
                        + Add Staging

                        + Add Development

© 2022 WP Engine, Inc. All Rights Reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WP Engine, Inc.

023







*Printed by: Eva Garcia*
*Tags: Inbox, Inbox*

*Date: Tuesday, January 4th 2022, 09:16:02 AM -06:00 CST*
*Subject: Monthly Marketing Invoice*
*From: Jay Moreno <jay@redflamemedia.com>*
*To: <accounting@sitejab.com>*

Good morning Joan,

I have a meeting with Terry this morning at MadDogs at 10am - afterwards can I drop by your office and pickup our monthly marketing checks? Let me know please.

Thanks,

Jay

**Jay Moreno**
Cell: (210) 388-1547

**RED**FLAME**MEDIA**
Looking for Qualified Leads?
Call Us Today - (210) 388-1547 https://www.redflamemedia.com

**Client Portal, Billing & Support** https://www.rfmcentral.com

*Date: Wednesday, January 5th 2022, 01:57:21 PM -06:00 CST*
*Subject: Mad Dogs Marketing - Warning*
*From: Hector Garcia via hector@sitejab.com <hector@sitejab.com>*
*To: Jay Moreno <jay@redflamemedia.com>*
*Cc: Sergio Perez <sergio@sitejab.com>, hr@sitejab.com <hr@sitejab.com>*

Good morning Jay -

It has come to my attention from an erroneous email sent to our Accounting Department requesting payment for "Marketing Services" that you are now working with Mad Dogs.

Attached you will find your "Non-Compete" agreement signed by you. The agreement also puts you and "Mad Dogs" into a possible legal situation.

I am very disappointed in your **lack of honesty.**

That said I have no ill wishes for you - just wish you had been honest. You may have Mad Dogs and continue to provide extremely limited support for Window Source San Antonio (updating their contracts). Anything further needs our approval in regards to TWS San Antonio.

Further pursuit or communication to other SJ clients will result in a legal response.



**Hector Garcia**
Owner / Founder, **SiteJab**

   713-999-4661

   281-840-1403

   hector@sitejab.com

<span style="color:red">025</span>

*Printed by: Eva Garcia*
*Tags: Inbox, Inbox, Inbox, Inbox, Inbox*

*Date: Friday, December 10th 2021, 04:45:34 PM -06:00 CST*
*Subject: Notice*
*From: Aaron Selinkoff <aaron@maddogs.net>*
*To: Hector Garcia <hector@sitejab.com>, Jay Moreno <jay@sitejab.com>, Heather Barkley*
*<heather@sitejab.com>*

Hector, it has been a pleasure working with your group. We want to thank your entire organization. But we have
made a business decision to end our contract with SiteJab effective January 10th, 2022. Please call me with any
questions.

Aaron Selinkoff
Director of Operations
Mad Dogs Restaurant Group
210-861-1750
Maddogsgroup.com

## Re: letter of resignation    INBOX 🔒

 **jay@sitejab.com**
To: Hector Garcia
Subject: letter of resignation

DEC 14, 2021, 1:40 PM   ⋮   ↩ 

Hector, I love you man – but after todays communication and the events of the past few months it's highlighted that this
isn't what i want. My mental health and own wellbeing has to come first. This position and the role I am in isn't good for me,
nor the company if i can't operate at 100%. I appreciate the opportunity you've provided and the memories we've created
together but i can't do this anymore.

I'll do this meeting this afternoon but I can't continue on this path – it's going to lead me to an early grave. I did call you
earlier but it went to voicemail, i've spoke at length with both Sergio and Estee and now with Shauna – this really isn't an
easy decision for me. Shauna's extremely concerned about my mental state and wellbeing and has also asked that I quit.

I don't want to leave you high and dry but I think that Niko will be a great asset, and on paper has all the credentials and
knowledge to step into my role if you needed someone to do that.

Deep down I know this is what's right for myself and my family, it's certainly nothing personal – and am truly devastated this
hasn't worked out the way we planned.

Jay

**Jay Moreno | Creative Marketing Director**
Office: 713-999-4661 | Cell: ▮▮▮▮▮▮▮ | careteam@sitejab.com

**Re: Get 8 Windows Installed and We'll Pay the First Electric Bill!**   📥 INBOX



Melissa Fuentes <
to: The Window Source of San Antonio, CareTeam
Subject: Re: Get 8 Windows Installed and We'll Pay the First Electric Bill! 



I AM SORRY MOSES, ERICA, AND THE TEAM AT WSSA - THIS EMAIL IS DIRECTED TO SITEJAB.

I **NEVER** SUBSCRIBED TO ANYTHING REGARDING THE WINDOW SOURCE OF SAN ANTONIO. I HAVE **NEVER** RECEIVED ANY PAST E-BLASTS FROM WSSA NOR DID I EVER ADD MYSELF TO THEIR E-BLASTS. AND IF I DID, IT'S AMAZING HOW I HAVE NEVER RECEIVED ANY PAST E-BLASTS BEFORE. I WAS ILLEGALLY ADDED TO THE SUBSCRIBER LIST. IT IS ILLEGAL TO ADD PEOPLE TO AN EMAIL LIST WITHOUT THEIR PERMISSION BECAUSE THAT IS THEIR **PRIVATE INFORMATION.** I HAVE USED MAILCHIMP FOR YEARS, I KNOW EXACTLY HOW CONTACTS ARE ADDED AND REMOVED. I HAVE NOT MOVED FORWARD WITH ANY LEGAL ACTION REGARDING WHY I WAS FIRED BECAUSE I AM TRYING TO MOVE ON FROM THIS HORRIBLE COMPANY I WORKED FOR. SO REMOVE ME FROM THIS LIST AS I HAVE SPOKEN TO A LAWYER.

**DO NOT ADD ME TO ANY CLIENTS EMAIL BLASTS.**

**DO NOT WATCH MY SOCIAL MEDIA THROUGH CLIENTS SOCIAL MEDIA ACCOUNTS AS THAT IS ALSO ILLEGAL AND IS CONSIDERED STALKING.**

**DO NOT CONTINUOUSLY SEARCH FOR ME THROUGH LINKEDIN AND PRIVATELY VIEW MY PROFILE. I HAVE TAKEN SCREENSHOTS OF HOW MUCH SITEJAB HAS SEARCHED FOR MY ACCOUNT.**

**DO NOT SPEAK TO CURRENT CLIENTS OR PAST CLIENTS ABOUT ME AND WHAT BROUGHT ME TO BEING FIRED. IF YOU DO, I WILL CORRECT THE STORY BY STATING I WAS FIRED FOR REFUSING TO SIGN AN NDA AFTER COMING FORWARD WITH AN ACCUSATION ABOUT SEXUAL HARASSMENT. THAT IS WHY I WAS FIRED.**

I KNOW ALL OF THIS HAS HAPPENED BECAUSE HECTOR, JOHN, AND EVA ARE TRYING TO INTIMIDATE ME.

LEAVE ME ALONE, PLEASE!!!

I INCLUDED WSSA IN THIS EMAIL SO THEY ARE AWARE SITEJAB IS USING THEIR MARKETING ACCOUNT **ILLEGALLY** TO GET TO ME, RATHER THAN ACTUALLY USING IT FOR MARKETING PURPOSES.

---------- Forwarded message ---------

027



The Window Source of **West Texas** updated their profile picture.
November 22, 2022

OO 43                                          6 comments

👍 Like          💬 Comment          ↗ Share



The Window Source of **West Texas**
November 30, 2022

Just a few more hours until our 5th annual 25 Days of Christmas Window Giveaway starts! ❄

Be sure you're following us so you can enter for a chance to win 10 FREE white single hung windows for your home. 🪟

OO 24                                      4 comments  5 shares

The Window Source of **West Texas**
December 6, 2022

🎵 What you want! 🎵

The Window Source of West Texas can get your home all it needs to be energy efficient! We got everything from color options to window, door, and siding samples! 🔧

Right now, update your home windows at 0% for 24 months! 😎

Sc... See more



OO 2                                            1 share

The Window Source of **West Texas**
December 10, 2022 at 1:14 PM

The elf is back and needs to share a very important message with you from the big man himself 🎅

Don't forget to enter the 25 days of Christmas 10 free window giveaway! 🎄 (do it for Will, guys. We don't know how much more of Sandy's shenanigans he can take)

Good luck!



OO 2                                           OO 9                                          4 shares

028

**Jay Moreno**
June 23, 2022 · 🌐    •••

San Antonio peeps if you need dental work doing I highly recommended JHE and Dr Escarsega – they helped Shauna out big time in her moment of need when she needed emergency dental work. Very professional, great people to work with! 👍



**JHEmergencyDental**
June 22, 2022 · 🌐

We're taking appointments! ☎️
Recently chipped your tooth? Perhaps you're needing an emergency filling? Maybe your

**Melissa Fuentes**
December 31, 2022 at 6:27 PM · 🌐





**The Window Source of West Texas**
December 31, 2022 at 3:55 PM · 🌐


AND THE WINNER IS...

Thank you so much to EVERYONE who entered our giveaway. This is our 5th year giving away and installing new windows on a home in ... **See more**

 2

 **Shiv Goel** is 🍴 eating **dinner** at **Bludorn Restaurant**.
November 12, 2022 · Houston · 🌐

···



 10

👍 **Like**

**Jay Moreno** is with **Shiv Goel** at **Four Seasons Hotel Houston**.
November 12, 2022 · Houston · 🌐

···

In Houston for a work conference - doesn't feel like work though when you are with good people! 👊
#BadHairDay don't judge been up since 330am! 🤪



031



**10:09**  📶 **5G** 🔋



**The Window Source of Houston**  ...
Posted by Niko Howell
9m · 🌐

**From our Window Source Family to yours – we wish y'all a safe and Happy Thanksgiving!**

**See insights**  **Boost a post**

👍 Like   💬 Comment   ↗ Share

❤️ 1



**The Window Source of Houston**
Published by Niko Howell ❓ · November 28, 2022 · 🌐

···

EXTENDED CYBER MONDAY GIVEAWAY!
We Have a $500 Visa Gift Card Up For Grabs!

Schedule a FREE consultation between now and 12/02/22 by 5:00pm and you will be entered into the drawing!... **See more**

**THE WINDOW SOURCE®**
Where America Shops for Windows and Doors

**EXTENDED**
**CYBER**
**MONDAY**
**GIVEAWAY**

**We Have a $500 Visa Gift Card Up For Grabs!**
**SCHEDULE A FREE CONSULTATION**
between now and 12/02/22 at 5:00pm

**The Window Source of Houston**
Published by Jay Moreno · December 31, 2022 at 12:34 PM ·

Wishing everyone a safe and Happy New Year from all of us at Window Source Houston!

We hope that 2023 brings you all the happiness, health, and prosperity you deserve.

As we reflect on the past year, we are grateful for the opportunity to serve our community and help homeowners improve the energy efficiency, comfort, and value of their homes.... See more



**The Window Source of San Antonio**
December 31, 2022 at 12:36 PM ·

As we say goodbye to 2022 and welcome in a new year, we want to take a moment to reflect on all the ways our replacement windows have helped bring comfort, energy efficiency, and style to our customers' homes.

We are grateful for your trust in us and look forward to continuing to serve you in the new year.

Wishing Everyone a Safe and Happy New Year from all of us at The Window Source of San Antonio!



**The Window Source of Houston**
Published by HelloWoofy.com · 4d ·

We are grateful for t Friday, January 27, 2023 at 12:00 PM

You can book a FREE consultation for your windows, doors, or siding by calling 346-478-6028

Or visit our website at WindowSourceHouston.com ... See more



**The Window Source of Houston**
Published by HelloWoofy.com · January 30 at 9:30 AM ·

Have questions about updating your home but are not quite sure if you want to schedule a consultation yet?

Head over to NRG Park this Friday, Saturday, or Sunday, and we can answer those window, door, or siding questions for you!

We will be located at booth 502. You can find out how to update your home and make NO PAYMENTS for 24 months

If you're interested in scheduling a FREE consultation, call 346-478-6028
Or go to our website at WindowSourceHouston.com

#ReplacementWindows #windowreplacement #replacementdoors #doorreplacement #vinylwindows #energyefficient #newwindows #homewindows #fiberglassdoors #siding #sidingreplacement #gutters #homeupdates #homedoors #HarrisCounty #HTX #HoustonTX









**The Window Source of West Texas**
14h · 🌐

···

🔵🔴 13                                          4 comments

👍 Like                                          ↪ Share

                                    Most relevant ▾

**Chad Mitchell**
I'll take 2 of each for Canyon and myself
Like   14h   ❤️

**Ruben Mesa**
That red one would look pretty good on me
Like   14h   👍

**Melissa Fuentes**   ···
These are cool!!
Like   13h   🔴

Tuesday, January 31, 2023 at 8:59 PM   ments may have been filtered out.

**Melissa Fuentes**
October 16, 2022 · 🌐

· · ·

**The Window Source of West Texas**
October 16, 2022 · 🌐

What can you expect from your window installation process? 🙂 Today, we're sharing a high-level look at exactly what you can expect from your experience!

Read o... **See more**



WINDOWSOURCEWESTTEXAS.COM
**Your Window Installation: A Quality & Trustworthy Process**
What can you expect from your window installation company? Here's what you should ...

👍❤️ 3

👍 Like          💬 Comment          ↪ Share

Write a comment...          🙂 📷 GIF 🎁



8:34

◄ Front

← Q Melissa Fuentes

Melissa's recent posts and comments will be displayed here.

**Show all activity →**

## Experience

**TWS** **Account Manager**
The Window Source LLC · Self-employed
Oct 2022 - Present · 5 mos

**SJ** **Account Manager**
SiteJab · Full-time
Jan 2022 - Sep 2022 · 9 mos
San Antonio, Texas, United States

Account manager in a toxic workplace

**Office Assistant**
The Window Source of West Texas
Jun 2017 - Jun 2022 · 5 yrs 1 mo
Midland, Texas

**Home**
"The Window Source of West TX is an EXCELLENT place with a top...

**Server, Bartender, Trainer, Catering, Supervisor**
Abuelos Mexican Food Embassy
Jul 2007 - Jun 2018 · 11 yrs
Miland, TX

Attended to customer's needs and obtained food requests. Consolidation and multi-taskir...see more

## Education

**M** **Midland College**

Home    My Network 16    Post    Notifications 15    Jobs

039

## Page Management History

This is a history of management actions taken by people who manage this Page. Learn more

Filters   All actions ▼   Newest ▼

| Action | Page manager | Date |
|---|---|---|
| 👥 Left the group Houston's Source for Custom Windows & Doors |  **David T. Mallette** | Jan 30, 2023, 8:14 PM |
| 👤 Jay Moreno was given full control. | **Niko Howell** | Dec 25, 2022, 12:06 PM |
| 👤 Niko Howell was given full control. | **David T. Mallette** | Nov 23, 2022, 4:18 PM |

DigiSign Verified - 1d0a2a41-3fb4-4d73-bb4e-613eff9d85a3



11-2-2015

# Information About Brokerage Services

*Texas law requires all real estate license holders to give the following information about brokerage services to prospective buyers, tenants, sellers and landlords.*

## TYPES OF REAL ESTATE LICENSE HOLDERS:

- **A BROKER** is responsible for all brokerage activities, including acts performed by sales agents sponsored by the broker.
- A SALES AGENT must be sponsored by a broker and works with clients on behalf of the broker.

## A BROKER'S MINIMUM DUTIES REQUIRED BY LAW (A client is the person or party that the broker represents):

- Put the interests of the client above all others, including the broker's own interests;
- Inform the client of any material information about the property or transaction received by the broker;
- Answer the client's questions and present any offer to or counter-offer from the client; and
- Treat all parties to a real estate transaction honestly and fairly.

**AS AGENT FOR OWNER (SELLER/LANDLORD):** The broker becomes the property owner's agent through an agreement with the owner, usually in a written listing to sell or property management agreement. An owner's agent must perform the broker's minimum duties above and must inform the owner of any material information about the property or transaction known by the agent, including information disclosed to the agent or subagent by the buyer or buyer's agent.

**AS AGENT FOR BUYER/TENANT:** The broker becomes the buyer/tenant's agent by agreeing to represent the buyer, usually through a written representation agreement. A buyer's agent must perform the broker's minimum duties above and must inform the buyer of any material information about the property or transaction known by the agent, including information disclosed to the agent by the seller or seller's agent.

**AS AGENT FOR BOTH - INTERMEDIARY**: To act as an intermediary between the parties the broker must first obtain the written agreement of *each party* to the transaction. The written agreement must state who will pay the broker and, in conspicuous bold or underlined print, set forth the broker's obligations as an intermediary. A broker who acts as an intermediary:

- Must treat all parties to the transaction impartially and fairly;
- May, with the parties' written consent, appoint a different license holder associated with the broker to each party (owner and buyer) to communicate with, provide opinions and advice to, and carry out the instructions of each party to the transaction.
- Must not, unless specifically authorized in writing to do so by the party, disclose:
  - o that the owner will accept a price less than the written asking price;
  - o that the buyer/tenant will pay a price greater than the price submitted in a written offer; and
  - o any confidential information or any other information that a party specifically instructs the broker in writing not to disclose, unless required to do so by law.

**AS SUBAGENT:** A license holder acts as a subagent when aiding a buyer in a transaction without an agreement to represent the buyer. A subagent can assist the buyer but does not represent the buyer and must place the interests of the owner first.

## TO AVOID DISPUTES, ALL AGREEMENTS BETWEEN YOU AND A BROKER SHOULD BE IN WRITING AND CLEARLY ESTABLISH:

- The broker's duties and responsibilities to you, and your obligations under the representation agreement.
- Who will pay the broker for services provided to you, when payment will be made and how the payment will be calculated.

**LICENSE HOLDER CONTACT INFORMATION:** This notice is being provided for information purposes. It does not create an obligation for you to use the broker's services. Please acknowledge receipt of this notice below and retain a copy for your records.



| Real Broker, LLC | | | |
| Licensed Broker /Broker Firm Name or Primary Assumed Business Name | License No. | Email | Phone |
| | | | |
| Michael Yarrito | | | |
| Designated Broker of Firm | License No. | Email | Phone |
| | | | |
| Michael Yarrito | | | |
| Licensed Supervisor of Sales Agent/ Associate | License No. | Email | Phone |
| | | | |
| Sergio Perez | | | |
| Sales Agent/Associate's Name | License No. | Email | Phone |

Buyer/Tenant/Seller/Landlord Initials        09/24/2021
                                                          Date

**Regulated by the Texas Real Estate Commission**          Information available at www.trec.texas.gov

IABS 1-0

Created by Sergio Perez with SkySlope® Forms

**From:** Sergio Perez <                                    >
**Subject: Fwd: Clarification my introduction to Dr Goel to the location at Hausman Rd.**
**Date:** October 10, 2022 at 5:55:17 PM CDT
**To:** Daniel Pedroza <                              >

Good evening Daniel,

My apologies for the miscommunication that occurred this afternoon. I spoke with Dr. Goel this evening as well and look forward to having another conversation with your client in the near future.

---------- Forwarded message ----------
From: **Jay Moreno** <                          >
Date: Mon, Oct 10, 2022 at 5:36 PM
Subject: Clarification my introduction to Dr Goel to the location at Hausman Rd.
To: <                                      >

To whoever it may concern,

I had seen the initial property on Hausman Road when I worked for my previous employer last year. At the time it was my understanding my former employer would be moving into that location sometime last February.

Having recently passed the location I noticed there was no indication of my former employer taking a tenancy in that specific building and a sign adjacent to it suggesting it was for lease. Figure it's now October I thought that for whatever reason they hadn't moved in afterall.

I recommended Dr Goel to perhaps drive past the property on the off chance it was vacant and suggested in good faith that he reach out to Sergio to get more specific details. Since it was my understanding it was Sergio who had originally worked with my former employer to secure the spot for them - he would be the best person to contact.

If there was any misunderstandings, I apologize - all I was trying to do was recommend a potentially great spot and a great realtor to Dr Goel.

Should you require any further information from me - please don't hesitate to contact me.

Thanks,

Jay

**Jay Moreno**
Cell: (

**RED**<span style="color:red">FLAME</span>**MEDIA**
Looking for Qualified Leads?
Call Us Today – (
https://www.redflamemedia.com

**Sergio Perez**
To: Niko Howell  Bcc: Hector Garcia

Seen   DEC 14, 2021, 11:25 AM

Subject: Re: Resume - Linkedin

Good Morning Niko,

Hope your weekend went well. I am following up on our last conversation. I wanted to see if you had any questions or any update regarding your decision to join SiteJab. We would like to have a decision soon as we have other potential candidates that are pending a response.



Best,



**Sergio Perez**
Business Growth Specialist, **SiteJab**

📞 210-514-5422
📱 956-500-6853
✉ sergio@sitejab.com
▭ www.sitejab.com
📍 200 E Grayson St Ste 210, San Antonio, TX 78215

**January 9th, 2022**

Dear Niko Howell,

SiteJab LLC would like to formally extend to you the position of *Business Growth Specialist*. With your acceptance, you would begin your career at SiteJab sometime in January or at your soonest availability. Your first 90-days will be an evaluation period paid as a contractor. You will be paid a base pay of $20.00 per hour plus commission. After a successful 90 days you will be transitioned into a salary employee and provided company benefits.

Additionally you will receive 5 paid vacation days off during your first year. After your first year with SiteJab, you will be evaluated for a wage increase. Your role as "Business Growth Specialist" is a hybrid role that mixes Account Management, Web Production Oversight and some Search Engine Optimization.

As Business Growth Specialist, you will work directly with the COO and department heads with responsibilities that consist of the following, but not limited too:

- Working directly with a handful of clients to ensure services are delivered (over-delivered) as promised
- Build phenomenal relationships with customers and help their business GROW
- Send weekly Marketing Updates and Tasks to customers
- Call each Customer 1x per week
- Meet with customers monthly
- Travel to different markets periodically
- Helping clients with marketing strategy
- Ensure all Projects are being done in a timely and efficient manner
- Work with the Project Manager (PM) to ensure all tasks are put into motion
- Communicate to customers daily and punctually
- Delegate and assign tasks in a timely manner
- Overly communicate to production team about upcoming deadlines
- Quality check phone tracking, lead reports and monthly reports
- Host Kickoff Strategy meetings with team to discuss new accounts you would be managing
- Meet and talk with multiple team and clients daily to ensure expectations are properly being met
- Double and triple check all projects before submitting to client
- Ensure the team does a thorough job on tasks assigned
- Assist with Onboarding SEO for marketing accounts (Google Location Set Up, On-Site SEO, KW Tracking)
- Assist with INBOUND Web Development Sales (with commission)
- Assist in the oversight of Website Projects (Help Project Manage Accounts)
- Be Present at Shoots & TV Segments
- Have daily 15 minute conversations with the Project Manager to review pending tasks / due dates
- Provide Monthly / Weekly Reports to clients
- Improve on SiteJab processes and organization (Improve workflow)
- MAKE CLIENTS HAPPY
- Most importantly, have a heart for what SiteJab represents. Be passionate about our services and how we can make an impact on the lives of business owners and entrepreneurs.

## Page Management History

This is a history of management actions taken by people who manage this Page. Learn more

Filters    All actions ▼    Newest ▼

| Action | | Page manager | Date |
|--------|--|-------------|------|
| 👥 Left the group Houston's Source for Custom Windows & Doors | | David T. Mallette | Jan 30, 2023, 8:14 PM |
| 👤 Jay Moreno was given full control. | | Niko Howell | Dec 25, 2022, 12:06 PM |
| 👤 Niko Howell was given full control. | | David T. Mallette | Nov 23, 2022, 4:18 PM |

HOME   ABOUT US   CONTACT US   REGISTER TODAY   (210) 255-8644

Gallery
**INSTAGRAM**

Follow us @BeastGymSA

**OUR ADDRESS:**
14397 Blanco Rd #101,
San Antonio, TX 78216
Tel: (210) 255-8644

**OUR GYM HOURS:**
24hrs/7 Days a Week
**OUR OFFICE HOURS:**
Weekdays
8am to 5pm

© 2023 Beast Gym. All Rights Reserved. Website by RedFlameMedia

Jay Moreno on 2021-12-17 at 19.40.46

iMessage with
12/17/21, 7:40 PM

Hey did Jaylan get back to you with pricing for Monday?

Yes! I was just about to text Joseph!

Did you want to text him or me? 😅

Sorry I was at the grocery store 🙍‍♀️

12/18/21, 5:58 PM

https://www.facebook.com/CyFyHi/videos/411778123896242/?fs=e&s=cl

12/19/21, 6:58 PM

He just texted me a time, so I think we should be alright.

Him and I have been texting today, but let me know what he says!

045



To:                                                                                    Details

iMessage with +
11/22/21, 7:02 PM

Hey, it's Sam!

What is your personal email?

Gonna send you social media info

Here you go!

11/28/21, 7:29 PM

Hey Sam! Hope you had a happy thanksgiving. Please let me
know when you can get the proposal too me

12/6/21, 7:00 AM

Morning Sam! Please call me to set up a meet this morning, or
swing by the gym anytime

Good morning!

I will give you a call around 8:30am to set up a time to meet!

Call you in a second

Okie dokie!

12/6/21, 12:56 PM

🔵 Kim Quinlan

Shirts and Merch

12/6/21, 4:33 PM

Revive gym is also a great gym concept for socials

12/18/21, 1:30 PM

Hey Joseph!

I quoted some photographers for the shoot next week and I was
able to get a really great deal for photos and videos!







Nate on 2022-08-08 at 13.31.42

I know you said she needed video services, I wanted to tell you to sit on that for a second.

This might be selfish of me to ask, but I hope you can understand where I'm coming from.

I wanted to ask if you could keep in touch with Heidi and let her know we were so happy to work with her and that we'd be happy to work with her in other projects. And we could use that connection to build on for jay and serg and that would be the client we could use to transition all of us out. You'd be in communication with her and be apart of being in be onboard.

I am so ready to start our own thing and to be out from sitejab. With the things I was telling you yesterday I feel like they don't value us and don't value what we can do. We are the creative, we are the talent. Hector and John talk so bad about us and are very impulsive. You know how they wrong us and underpay us. Things haven't gotten better, they just keep boiling up..

This is the client we could've used to break free and ensure that we all get paid and are in a better situation. It's the chance for us to be with people we like and work together on something big. Imagine doing shoots like this with people and clients we enjoy. Where there is no drama or stress.

I know that's a lot to ask and it's something you might not be comfortable with. I just felt that this would be worth it and we could take care of Heidi on our own and produce something special without the influence of sitejab. Because at the end of the day Hector gets the exposure and the money and we get the pressure of deadlines and pennies...



**Re: DIRECT DEPOSIT CHANGE**   INBOX

NA   To: Sergio Perez <sergio@sitejab.com>
Subject: DIRECT DEPOSIT CHANGE

Hi Sergio,

I would like to change the direct deposit on my payroll to a new account, I would also like to know if the changes will be effective for the next payday.

Thanks

Nathan Aguilar
Senior Graphic Designer









1.0 ★ ☆ ☆ ☆ ☆ ⌄　　　　　　　　　　3 views in last 30 days ⓘ

Former Employee, more than 2 years

**Unethical and toxic work place**

Oct 18, 2022 - Anonymous Employee

✕ Recommend　　　◯ CEO Approval
✕ Business Outlook

I worked at SiteJab full-time (1-2 years)

**Pros**

A lot of flexibility when you are liked.

**Cons**

No job security. Underpaid. Illegal and unethical things happen and would not recommend. Micromanaged and never supported by leadership. Fired after owner felt team knew what he was doing.

---

1.0 ★ ☆ ☆ ☆ ☆ ⌄　　　　　　　　　　3 views in last 30 days ⓘ

Former Employee, more than 2 years

**Toxic work enviroment**

Oct 7, 2022 - Anonymous Employee in Houston, TX

✕ Recommend　　　◯ CEO Approval
✕ Business Outlook

I worked at SiteJab full-time (1-2 years)

**Pros**

There are no pros when working at SiteJab

**Cons**

This is a toxic work environment where the employees are overworked and underpaid. There are too many unrealistic expectations from leadership who provide no help to accomplish those expectations. Working at this company is subscribing to a stressful atmosphere with no procedures to …

Show More

4:43

5 People >

**Nathan SJ**

Dang.. we gotta be careful with that. He has to let sitejab go as clients before we can engage in those kind of talks. Legally speaking..

**Amethyst**

Yeah I know

I'm really nervous

**Samantha Mayer**

I'm doing okay.

Still like " 🫠 " but I know I'm going to be okay.

So insane about Emilio wanting to meet!

**Nathan SJ**

I think it's smart to take the meeting because that's business and we can totally do it, I'm just trying to think of a way we can do it to where we are safe

**Amethyst**

Yeah, idk.

I'm a little scared tbh

Like I wanna go to chat w him

iMessage

4:44

**5 People** >

**Amethyst**

Yeah I'll be sure to tell him that. I'll go tomorrow. Sam if you wanna come with me, that'll be cool

**Samantha Mayer**

I'll come with! Just let me know the time.

**Amethyst**

Nate, what time did y'all wanna meet tomorrow?

**Nathan SJ**

What time are y'all thinking of going

Because of the meeting with jay too lol

**Amethyst**

Yeah, that's why I'm trying to see what time y'all wanna meet and then I can move Emilio's around

**Nathan SJ**

What works best for y'all? Should we just meet at La Cantera since y'all will already be there?

**Amethyst**

We can do whatever y'all think is best!

**Nathan SJ**

iMessage

I'm really nervous

**Samantha Mayer**

I'm doing okay.

Still like "😔" but I know I'm going to be okay.

So insane about Emilio wanting to meet!

**Big Nate**

I think it's smart to take the meeting because that's business and we can totally do it, I'm just trying to think of a way we can do it to where we are safe

**Amethyst**

Yeah, idk.

I'm a little scared tbh

Like I wanna go to chat w him because I feel like the language barrier is hard on the phone

**Big Nate**

That's very true and even in person it's still not super easy lol
But I think he definitely likes the team more then Hector that's for sure

Unless he wants the chisme on why we got fired

**Amethyst**

Yeah I'm just gonna go talk to him and literally just give him a list of things to be "on top of" like the leads and the ads and stuff

Kinda like advice

**Samantha Mayer**

It is better to have the convo in person.

We definitely just have to make it very clear to them that they have to tread lightly on the situation.

Like not letting SJ know that we are meeting with him.

**Amethyst**



2:22

5 People >

**Samantha Mayer**

Holy Moly y'all..

How did the calls go with TWS?

Are y'all still there

**Adriana Sitejab**

Si

**Samantha Mayer**

Aleesha signed the NDA.

BUT

She is coming over to my place for dinner this week.

Tue, Sep 27 at 5:18 PM

**Samantha Mayer**

Is everyone okay?

**Nathan SJ**

Relieved more than anything, honestly.

Are you doing okay Sam

**Amethyst**

Yeah, I'm alright right now

**Adriana Sitejab**

I'm good. A little nervous, but mostly relieved.

iMessage



9:54

Nathan SJ

Interview project file. 🙏 Please and thank you Nathan

Fri, Sep 30 at 4:55 PM

Hey Nathan, hope you're doing okay. I'm so sorry for keep bothering you 😣 I was wondering if you still had the project file you were working on for the testimonial at CDG, with its elements. I'm reaching out to Diego to continue helping him on finalizing the CDG testimonial for Tammy 😐 👋

What's up Cesar,
I actually don't have the project file for the testimonial. I forgot that I deleted a bunch of SiteJab projects after I was let go.

I do have the audio I was going to use for the testimonial though.

Awe man 🥺 lol
It's understandable man no worries. But do send me the audio to the link I attached please 🙏 Thank you Nate 🙂

Delivered

iMessage

🍎Cash

| Pay date | Name | Hours | Gross pay | Pretax deductions | Other pay | Employee taxes | Aftertax deductions | Net pay | Employer taxes | Company contributions | Total payroll cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2022 Check: 1462 | Garcia, Eva M | | | | | | | | | | |
| 06/05/2022 Direct deposit | Garcia, Hector | | | | | | | | | | |
| 06/05/2022 Check: 1461 | Garcia, Hector | | | | | | | | | | |
| 06/05/2022 Direct deposit | *Mayer, Samantha G | | | | | | | | | | |
| 06/05/2022 Direct deposit | *Perez, Sergio O | | | | | | | | | | |
| 06/03/2022 Direct deposit | Harvey, John | | | | | | | | | | |
| 05/20/2022 Direct deposit | *Aguilar, Nathan A | | | | | | | | | | |
| 05/20/2022 Direct deposit | *Alaniz, Andrew | | | | | | | | | | |
| 05/20/2022 Direct deposit | *Avila, Adriana N | | | | | | | | | | |
| 05/20/2022 | Garcia, Eva M | | | | | | | | | | |
| 05/20/2022 | Garcia, Hector | | | | | | | | | | |
| 05/20/2022 Direct deposit | Harvey, John | | | | | | | | | | |
| 05/20/2022 Direct deposit | *Mayer, Samantha G | | | | | | | | | | |
| 05/20/2022 Direct deposit | *Perez, Sergio O | | | | | | | | | | |
| 05/05/2022 Direct deposit | *Aguilar, Nathan A | | | | | | | | | | |
| 05/05/2022 Direct deposit | *Alaniz, Andrew | | | | | | | | | | |

May 02, 2023 11:38 AM PT                                                                10

*Date: Tuesday, May 2nd 2023, 02:31:43 PM -05:00 CDT*
*Subject: Re: Site Jab - Hiscox Claim No.: 100.210.946 - LFI Updated RFI*
*From: Eva Garcia via accounting@sitejab.com <accounting@sitejab.com>*
*To: <szachariah@lowersforensics.com>, <barry.rix@hiscox.com>, <kaldridge@lowersforensics.com>*

 Below are my notes on the attachments.

 TWS San Antonio - no 30 day notice, per their email cancellation is effective immediately. Attached.
 TWS West Texas - owner Sandra Nelson spoke to our COO Oliver Perrett over the phone and SiteJab canceled on them as their marketing agency.
 Clear Lake Dental - email attached
 Orion Dental - owner cancelled over the phone with our COO Oliver Perrett. His email attached to Oliver.
 Bovinos - they never paid on time and would always pay weeks or a month late even after our services were complete. But, the owner Emilio was in chats with our ex-employees as seen in the attachment titled, Text Messages on Bovinos.

 Most of these clients did not handle these cancellations according to their agreement and not done in a professional way.

 Please let me know if there's anything else.

*Salud -*



**Eva M. Garcia**
Accounting & HR, **SiteJab**

📞 713-999-4661

Printed by: Eva Garcia
Tags: Inbox, Inbox, Inbox, Inbox.

Date: Tuesday, December 20th 2022, 11:16:10 AM -06:00 CST
Subject: TWS Marketing
From: Erica Torres < ▮▮▮▮▮▮▮ >
To: <hector@sitejab.com>
Cc: Moses Torres < ▮▮▮▮▮▮▮▮▮ >

Due to our declining decrease in leads and profits this year, The Window Source of San Antonio and Window Source of
Austin are now faced with a business loss for 2022. As a result, The Window Source of San Antonio and The Window
Source of Austin will terminate SiteJab as their marketing agency, along with all marketing services provided by SiteJab
effective immediately on 12/20/22.

After consulting with Window Source Corporate for advice, we have been advised to utilize TWS Corporate's digital
marketing resources exclusively offered to Window Source owners as part of their small business support at no extra cost. It
is in the best interest of The Window Source of San Antonio and The Window Source of Austin to take advantage of these
marketing services offered by TWS corporate.

Thank you for your understanding.

Sincerely,
Moses & Erica Torres



THE WINDOW SOURCE OF SAN ANTONIO
ERICA TORRES ▮▮▮▮▮▮▮        Vice President
O: ▮▮▮▮▮▮▮▮
E: ▮▮▮▮▮▮
A: 6800 Fairgrounds Parkway, San Antonio, TX 78238
W: www.windowsourceofsa.com




TEXAS MADE
TEXAS PROUD

Printed by: Eva Garcia
Tags: Inbox, Inbox, Inbox, Inbox

Date: Thursday, September 29th 2022, 04:47:32 PM -05:00 CDT
Subject: Termination of Services
From: Oliver Perrett via oliver@sitejab.com <oliver@sitejab.com>
To: Sandy <w█████████████████

Good afternoon,

This is a follow-up to our phone conversation earlier today. As of 10/01/2022, SiteJab LLC will no longer
represent The Window Source of West Texas as a marketing agency. You will be receiving your website login
information by the end of the day tomorrow.
If you have any questions or concerns during this transition, do not hesitate to reach out.

We thank you for your time and dedication to SiteJab and wish you all the best on your future endeavors.

Best,



**Oliver Perrett**
Chief Operating Officer, SiteJab

713-999-4661  |  832-576-5125  |  www.sitejab.com
oliver@sitejab.com
1210 W. Clay Street, Houston, Texas 77014

IMPORTANT: The contents of this email and any attachments are confidential. They are intended to be the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and don't disclose the contents to anyone or make copies thereof.

Click Here To Schedule Meeting  >

*Printed by: Eva Garcia*
*Tags: Inbox, Inbox, Inbox*

*Date: Wednesday, September 28th 2022, 12:20:24 PM -05:00 CDT*
*Subject: CLDC Cancellation*
*From: Brandi Kellogg <* ▮▮▮▮▮▮▮▮
*To: <hector@sitejab.com>*
*Cc: Piyuse Das <* ▮▮▮▮▮▮▮▮

Good afternoon Hector,

Hope you're doing well.  Well, this is never easy to do but we would like to cancel our services with Sitejab.  We're making a lot of changes between CLDC and Renew and are deciding to go another direction with our marketing.  We've enjoyed working with you and your team and appreciate your help so far this year!

Can you please tell me what the cancellation process consists of such as billing and receiving the website files?  Again, your team has been great and we'll miss working with you guys.

Thank you,

**Brandi Kellogg**
**Practice Administrator**
**Clear Lake Dental Care**
**281-557-8097**

*Printed by: Eva Garcia*
*Tags: Inbox, Inbox*

*Date: Saturday, November 19th 2022, 09:49:19 AM -06:00 CST*
*Subject: website*
*From:* ▮▮▮▮▮▮▮▮▮
*To: <hector@sitejab.com>, 'John Harvey' <john@sitejab.com>*

Hector,

Can I get the log in for my website on wp engine? I'm going to move it over to corporate. They will host and manage it from here forward.

Regards,

David Mallette

President

**The Window Source of Houston**

14306 Mary Jane Ln.

Tomball, Texas 77377

**Office:** ▮▮▮▮▮▮▮▮▮▮

**Mobile:** ▮▮▮▮▮▮▮▮▮▮

**Email:** ▮▮▮▮▮▮▮▮▮▮

**Website:** www.windowsourcehouston.com

**Service Disabled Veteran Owned Small Business**

**BrandNation / SiteJab LLC Lost Clients Due to Acts of Defendents**





**Total Loss after 12/22 Cancellation:**

**Total Loss after 12/22**

Profit after Hardcosts    $

## Important Notes:

**Defendants**

- **Jay Moreno** - started in March 2021 - Resigned in December 2021
- **Sergio Perez** - represented SiteJab as realtor as of September 2021
- **Sergio Perez** - hired on SiteJab for sales in October 2021-Resigned in July 2022
- **Sergio Peres** - Remained as SiteJab Realtor
- **Nathan Aguilar** - Creative Director Hired Full time June 2021 - Fired (NDA) Sept. 27, 2022
- **Amethyst Perez** - Account Manager Hired Full Time February 2022 - Fired (NDA) Sept. 27, 2022
- **Samantha Mayer** - Social Media Manager - Hired August 2020 - Fired (Work Issues) 9.27
- **Melissa Fuentes** - Account Manager - Hired February 2022 - Fired (NDA) 9.27

## Timeline of Events:

- **Dec. 21:** Niko Howell Interviews with Jay, Hector & Sergio (Niko is active client with Jungle Foods)
- **Dec. 10:** Mad Dogs cancels
- **Dec. 14:** Jay Moreno resigns & conspires with Samantha to work with Beast Gym
- **January 22:** Jay sends erroneous email to Accounting
- **January 22:** Niko Howell communication stops
- **March 22:** Niko Howell cancels with SiteJab
- **July 22:** Sergio Perez resigns
- **Sept. 22:** Amethyst, Nathan, Melissa Fired due to NDA issues on 9/27
- **Sept. 22:** Defendants hold calls with The Window Source after termination on 9/27
- **Sept. 22:** Samantha fired for work performance on 9/26
- **Sept. 22:** Clear Lake Dental & Orion Dental CANCEL on 9/28
- **Sept. 22:** Window Source Houston cancels with notice on 9/30
- **Sept. 22:** Window Source West Texas & San Antonio raise big issues week of 9/27
- **Oct. 22:** Jay & Sergio (SiteJab's realtor) involve themselves into SiteJab's building project
- **Oct. 22:** HR & CEO discover incredible amount of messages unveiling the plot/planning
- **Oct. 22:** Sam, Amethyst, Nathan & Jay work together to meet with Bovinos (Active Client)
- **Nov 22:** SJ discovers client Niko Howell & Jay Moreno are working together
- **Nov. 22:** SJ Discovers TWS Houston hires Niko Howell
- **Dec. 22:** Melissa Fuentes sends damaging email to The Window Source of SA
- **Dec. 22:** The Window Source of SA CANCELS with SiteJab
- **Dec. 22:** SJ Discovers Jay Moreno hacked into servers to steal website for TWS-SA
- **Dec. 22:** Niko Howell "hands off" social media accounts for TWS Hou to Jay Moreno
- **Dec. 22:** Jay Moreno begins posting and management for Houston / TWSSA
- **Jan 23:** TRO sent to defendants - actions & social media postings continue

## Remarks:

- Conversations unveil deliberate plot to thwart & destroy SJ relationships
- Nathan Aguilar ADMITS in conversations that it is ILLEGAL (Amethyst says she's scared)
- Defendants conspired and hid behind the cloak of names & aliases (Niko, Nates email, TWS)

067

**Eva Garcia**

| | |
|---|---|
| **From:** | Barry Rix <barry.rix@hiscox.com> |
| **Sent:** | Friday, June 30, 2023 10:38 AM |
| **To:** | accounting@sitejab.com |
| **Subject:** | RE: (EXT) SiteJab Claim 100.210.946 |

Hello Eva,

As per my last conversation with you I will need to actually speak to them or have evidence from them.

If there is text messages from the client that actually say why they left, please send those over to me.

Thanks.

**Barry Rix**
<span style="color:red">Senior Claims Examiner First Party Claims</span>
<span style="color:red">Hiscox Insurance Company Inc.</span>
Hiscox USA
**T** 480-214-8936
**F** 312 228 8077
**E** barry.rix@hiscox.com

**Connect with Hiscox online**
**Web** www.hiscox.com
**Twitter** @HiscoxSmallBiz



---

**From:** Eva Garcia <accounting@sitejab.com>
**Sent:** Thursday, June 29, 2023 13:09
**To:** Barry Rix <barry.rix@hiscox.com>
**Subject:** Re: (EXT) SiteJab Claim 100.210.946

Hi Barry,

Will a testimony from one of our current employees help with our claim? When the poaching of our clients was going on, the other employees were trying to recruit him to join them. There are text messages he has showing that and he is one of our key witnesses in our case.

Also, one of the employees we are suing may cooperate on our behalf because it was on her laptop which all of the messages were discovered. The others do not know this whole lawsuit against them was due to her carelessness and they may turn against her.

*Salud –*



**Eva M. Garcia**
Accounting & HR, **SiteJab**

 713-999-4661
 accounting@sitejab.com
 www.sitejab.com
 1210 W. Clay Street, Suite 25, Houston, Texas 77019

   

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Click Here To Schedule Meeting   >**

On June 26, 2023 at 5:19 PM CDT barry.rix@hiscox.com wrote:

Hello Eva,

I just tried to contact you at ████████ and left you a message.

I reviewed the text messages that you sent over.

I am going to need the clients name and phone numbers.

I will need to contact each of the clients to discuss the text messages and what is meant by what they stated.  I need for them to advised me exactly why they left.

If you are unable to give me that information or I am not able to find out why did they leave, we will not be able to include them in the business income loss.  The reason for that is we need know definite that they left your company and went to another company due to this loss.

Once I get that information I will follow up with you.

Thanks.

**Barry Rix**
Senior Claims Examiner First Party Claims
Hiscox Insurance Company Inc.
Hiscox USA
**T** 480-214-8936
**F** 312 228 8077
**E** barry.rix@hiscox.com

**Connect with Hiscox online**
**Web** www.hiscox.com

069

**Twitter** @HiscoxSmallBiz



---

**From:** Eva Garcia <accounting@sitejab.com>
**Sent:** Thursday, June 22, 2023 11:40
**To:** Barry Rix <barry.rix@hiscox.com>
**Subject:** (EXT) SiteJab Claim 100.210.946

Barry - here are some texts messages between the then current employees about meeting with Jay (ex employee still under Non-Compete) and meeting our clients. Also proof of Jay Moreno going in to our servers and stealing our website and social media posts by him for our ex client just 5 days after they cancelled. .

IMPORTANT NOTES: Timeline of events we prepared for our trial.

TWS - The Window Source San Antonio
Emilio - Bovino's Restaurant - Client
Heidi - Commercial Client who we tried to sign up as a Marketing client, never happened.
David Mallete - Owner of Window Source Houston

*Salud* -



**Eva M. Garcia**
Accounting & HR, **SiteJab**

📞  713-999-4661
✉️  accounting@sitejab.com
🖥️  www.sitejab.com
🏢  1210 W. Clay Street, Suite 25, Houston, Texas 77019

   

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Click Here To Schedule Meeting   >**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. No one else is authorised to distribute, forward, print, copy or act upon any information contained in this email. If you have received this email in error, please notify the sender.

Hiscox Syndicates Limited and Hiscox Insurance Company Limited are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Hiscox Underwriting Limited, Hiscox Underwriting Services Ltd, Hiscox MGA Ltd and Hiscox ASM Ltd are authorised and regulated by the Financial Conduct Authority. Hiscox Assure SAS is duly registered as an insurance broker with the ORIAS, which is the French Official Registry of Insurance Intermediaries. Hiscox plc is a company registered in England and Wales under company registration number 2837811 and registered office at Hiscox, 22 Bishopsgate, London EC2N 4BQ United Kingdom. Hiscox SA is a company registered in Luxembourg at 35 Avenue John F. Kennedy 35F, Luxembourg L-1855, and is authorised by the Commissariat aux Assurances de Luxembourg.

**US Privacy Policy**

We collect and process information about you in order to provide insurance policies and to process claims. Your information is also used for business purposes such as fraud prevention and detection, marketing, and financial management. This may involve sharing your information with, and obtaining information about you from, our group companies and third parties such as but not limited to brokers, loss adjusters, credit reference agencies, service providers, professional advisors, our regulators or fraud prevention agencies.

For further information on how your information is used and your rights in relation to your information, please see our complete privacy policy at https://www.hiscox.com/privacy-policy .

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. No one else is authorised to distribute, forward, print, copy or act upon any information contained in this email. If you have received this email in error, please notify the sender.

Hiscox Syndicates Limited and Hiscox Insurance Company Limited are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Hiscox Underwriting Limited, Hiscox Underwriting Services Ltd, Hiscox MGA Ltd and Hiscox ASM Ltd are authorised and regulated by the Financial Conduct Authority. Hiscox Assure SAS is duly registered as an insurance broker with the ORIAS, which is the French Official Registry of Insurance Intermediaries. Hiscox plc is a company registered in England and Wales under company registration number 2837811 and registered office at Hiscox, 22 Bishopsgate, London EC2N 4BQ United Kingdom. Hiscox SA is a company registered in Luxembourg at 35 Avenue John F. Kennedy 35F, Luxembourg L-1855, and is authorised by the Commissariat aux Assurances de Luxembourg.

**US Privacy Policy**

We collect and process information about you in order to provide insurance policies and to process claims. Your information is also used for business purposes such as fraud prevention and detection, marketing, and financial management. This may involve sharing your information with, and obtaining information about you from, our group companies and third parties such as but not limited to brokers, loss adjusters, credit reference agencies, service providers, professional advisors, our regulators or fraud prevention agencies.

For further information on how your information is used and your rights in relation to your information, please see our complete privacy policy at https://www.hiscox.com/privacy-policy .

071

**CAUSE NO. <u>2023-CI-00285</u>**

| | | |
|---|---|---|
| **SITEJAB, LLC,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **JASON "JAY" MORENO, SERGIO PEREZ,** | § | **166th JUDICIAL DISTRICT OF** |
| **MELISSA FUENTES, NATHAN AGUILAR,** | § | |
| **AMETHYST PEREZ, AND SAMANTHA** | § | |
| **MAYER,** | § | |
| **Defendants** | § | **BEXAR COUNTY, TEXAS** |

## <u>EXTENSION OF TEMPORARY RESTRAINING ORDER</u>

On January 11, 2023, Plaintiff SiteJab, LLC ("SiteJab"), obtained a Temporary Restraining Order restraining JASON "JAY" MORENO, SERGIO PEREZ, MELISSA FUENTES, NATHAN AGUILAR, AMETHYST PEREZ, AND SAMANTHA MAYER (collectively "Defendants") from certain activities through January 25, 2023.  Today, January 24, 2023, the Court hereby enters the following order extending that Temporary Restraining Order as follows:

It clearly appears from the facts set forth in the Original Petition, and from evidence presented, that unless JASON "JAY" MORENO, SERGIO PEREZ, MELISSA FUENTES, NATHAN AGUILAR, AMETHYST PEREZ, AND SAMANTHA MAYER are immediately restrained from their anticipated wrongful activity, SiteJab will suffer irreparable injury.  It is therefore,

**ORDERED** that Defendants, as well as their agents, servants, employees, and attorneys, or anyone else acting in concert with them be, and are, restrained from:

- Using, distributing or disclosing in any manner any of SiteJab's proprietary trade secret or confidential information regarding SiteJab's current or prospective projects or clients;

- Using, distributing or disclosing in any manner any materials furnished to and all

072

material prepared by Defendants in connection with their employment with

SiteJab or incident thereto;

- Contacting SiteJab's employees, using SiteJab's prospective client data base, or

  using SiteJab's client list, to seek or obtain (or attempt to seek or obtain) a

  business relationship;

- Contacting or utilizing the services of SiteJab's clients, employees, consultants,

  advisors, suppliers and other vendors, including without limitation former

  employees from the years 2019 - 2022, to compete in any manner with SiteJab.

- Engaging in any form with any recently now cancelled clients, including The

  Window Source of SA, Houston & West Texas.

This Court restrains Defendants for (14) days after entry of this Order or further order of

this Court.

It is further **ORDERED** that Defendants shall appear before the Presiding Judge of the

Presiding District Court of Bexar County, Texas, on **February 6, 2023 at 9:00 o'clock a.m.,** at

the Bexar County Courthouse at 100 Dolorosa, Room 1.09, San Antonio, Texas 78205 or

remotely by Zoom using meeting code 917 895 6796, then and there to show cause, if any there

be, why a temporary injunction should not be issued as requested by SiteJab. The Clerk of the

Court is directed to issue a show cause notice to Defendants to appear at the temporary

injunction hearing.

SiteJab, in conformity with the law, has already posted a bond in the amount of $250.00

with the Clerk of this Court, which shall remain posted until further order of the Court.

**SIGNED** this 24<u>th</u> day of <u>January, 2023</u>, at <u>2:22 p.m.</u>

**DAVID A. CANALES**
**PRESIDING JUDGE**