United States District Court
Southern District of Texas
**ENTERED**
December 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SITE JAB, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-23-cv-3853 |
| § | |
| HISCOX INSURANCE COMPANY, § | |
| INC., § | |
| § | |
| Defendant. § | |

**ORDER**

For the reasons set out in this court's Memorandum and Order entered on December 30, 2024, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on December 31, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge